IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ULYSSES WILLIAMS
Reg. #06296-025                                                                    PLAINTIFF

v.                                    No. 2:15-cv-123-DPM-JTR

USA; C. V. RIVERA, Warden;
ANITA FORD, Facilities Supervisor;
B. KEITH, Associate Warden Over Facilities;
and GOTREAUX, Mr., Captain                                                        DEFENDANTS

ORDER

1. Unopposed recommendation, № 30, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 20, granted in part and denied in part. Williams's ADA and Eighth Amendment claims against all Defendants are dismissed with prejudice. His FTCA claim against the United States goes forward.

2. As Magistrate Judge Ray notes, there is no right to a jury trial in FTCA cases. This case is therefore ready to be set for a bench trial. The Court's calendar in the coming months is full, though. Magistrate Judge Ray can probably try this case sooner. The Court therefore encourages the parties to consider consenting to a trial before the Magistrate Judge. It's entirely up

to the parties; but the Court highlights this option out of respect for the parties' time.

3. The Court directs the Clerk to send the parties another set of consent forms. The deadline for returning those forms is 28 April 2017. Thereafter, either Magistrate Judge Ray or I will appoint counsel for trial and issue a Final Scheduling Order.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 March 2017