# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ULYSSES WILLIAMS**
Reg. #06296-025                                                                **PLAINTIFF**

v.                                    No. 2:15-cv-123-DPM

**USA**                                                                        **DEFENDANT**

## ORDER

Joint motion, № 40, granted. The bench trial is continued to 16 April 2018 at 9:30 a.m. Because of the Court's other obligations during the week of the new trial date, the trial will be in Little Rock in Courtroom B-155. An amended final scheduling order will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 March 2018